**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT ANDRE WARFIELD,

           Plaintiff

    v.

DEPUTY ELIJAH GOFFIGAN, et al.,

         Defendants.

Case No. 2:18-cv-07395-AB (GJS)

**JUDGMENT**

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  February 13, 2019 .

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE